Prob 35
(1/92)

ORIGINAL Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## United States District Court
### FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2007

at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                    Criminal No. 05-00274SOM-01

WILLIAM T. EARHEART IV
AKA "JOSHUA JOHNSON," "JOSH JOHNSON"

On 7/1/2005, the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 25 months of supervision.

Respectfully submitted,

_____
CARTER A. LEE
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 7th day of September, 2007.

_____
SUSAN OKI MOLLWAY
U.S. District Judge